Genie Harrison, SBN 163641
genie@genieharrisonlaw.com
Amber Phillips, SBN 280107
amber@genieharrisonlaw.com
**GENIE HARRISON LAW FIRM**
1111 South Grand Avenue, Suite 101
Los Angeles, CA 90015
Telephone No.: (213) 805-5301
Facsimile No.: (213) 805-5306

David A. Lowe, SBN 178811
**RUDY EXELROD ZIEFF & LOWE LLP**
351 California Street, Suite 700
San Francisco, CA 94101
Telephone No.: (415) 394-6078
Facsimile No.: (415) 434-0513
dal@rezlaw.com

Attorneys for PLAINTIFF Michael Mawn

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MAWN, an individual,<br><br>    Plaintiff,<br>vs.<br>CITY OF LONG BEACH, JEFFREY J. CRAIG, CITY MANAGER PATRICK WEST and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. CV 12-3741-DMG(JCGx)<br><br>**ORDER RE STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE [114]**<br><br>[Fed. R. Civ. P. 41(a)(1)(A)(ii)] |

///

///

GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED THAT the above-captioned action is dismissed, with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii).

Dated:  February 25, 2014

Dolly M. Gee
United States District Judge